IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 09 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
vs. ) Misc. No. 1:06-mj-68
)
GAIL RITA JACAVONE )

**ORDER OF REMOVAL**

This matter came before the Court on August 8, 2006, for purposes of a hearing pursuant to Rule 5 Federal Rules of Criminal Procedure. The defendant, having been appointed counsel, knowingly and voluntarily admitted that she is the person named as the defendant in the Warrant for Arrest, Case No. 01-543, issued from the District of New Mexico on May 3, 2001.

WHEREFORE, it is hereby ORDERED that following the resolution of any charges pending against the defendant in the State of Rhode Island, that the defendant GAIL RITA JACAVONE be removed to the District of New Mexico for whatever further proceedings deemed appropriate by that Court. Defendant shall be detained pending her return to the District of New Mexico.

BY ORDER:

CLERK

ENTER:

LINCOLN D.. ALMOND
United States Magistrate Judge

DATE: 8/9/06