UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Misc. No. 1:06-MJ-68 |
| | : | |
| GAIL RITA JACAVONE | : | |

**AMENDED ORDER OF REMOVAL**

This matter came before the Court on August 8, 2006 for purposes of a hearing pursuant to Rule 5 of Federal Rules of Criminal Procedure. Defendant, having been appointed counsel, knowingly and voluntarily admitted that she is the person named as the defendant in the Warrant for Arrest, Case No. 01-543, issued from the District of New Mexico on May 3, 2001.

WHEREFORE, it is hereby ORDERED that Defendant GAIL RITA JACAVONE be removed to the District of New Mexico for whatever further proceedings deemed appropriate by that Court. Defendant shall be detained pending her return to the District of New Mexico.

BY ORDER:

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 11, 2006